# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Stutzman <br>     <u>Debtor</u> | CHAPTER 13 |
| E*Trade <br>     <u>Movant</u> <br> vs. | Bankruptcy No. 10-bk-08467 MDF <br><br> Adversary No. 16-ap-00142 |
| John Stutzman <br>     <u>Debtor</u> | |
| Charles J. DeHart, III Esq. <br>     <u>Trustee</u> | |

## **ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.